IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMUEL L. HILL, | |
| Petitioner, | 4:16CV3072 |
| V. | |
| SCOTT R. FRAKES, Dir. N.D.C.S., | **MEMORANDUM AND ORDER** |
| Respondent. | |

    This matter is before the court on Petitioner's Motion to Reconsider Summary Judgment. (Filing No. 23.) The motion will be denied.

    Respondent filed a Motion for Summary Judgment (Filing No. 17) on September 26, 2016. Petitioner did not respond to the motion, and the court entered a Memorandum and Order and judgment in favor of Respondent on November 8, 2016. In its Memorandum and Order, the court found that Petitioner's habeas petition was barred by the statute of limitations, and that Petitioner had not shown he was entitled to equitable tolling or the protections of the miscarriage of justice exception. (Filing No. 21.)

    Petitioner filed his Motion to Reconsider on December 5, 2016, seemingly alleging that he was unable to respond to Respondent's Motion for Summary Judgment because his papers were seized by prison staff.

    The court has reviewed Petitioner's lengthy Motion to Reconsider, and finds that Petitioner has not asserted any grounds warranting reconsideration of the court's November 8, 2016 Memorandum and Order.

    IT IS THEREFORE ORDERED that Petitioner's Motion to Reconsider

Summary Judgment (Filing No. 23) is denied.

DATED this 7th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge