IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMUEL L. HILL, | ) |
| Petitioner, | ) 4:16CV3072 |
| V. | ) |
| SCOTT R. FRAKES, Dir. N.D.C.S., | ) **MEMORANDUM AND ORDER** |
| Respondent. | ) |

Stacy Foust has moved to withdraw as counsel of record for Respondent in this case. (Filing No. 26.) The motion will be granted.

IT IS ORDERED:

1. The Motion to Withdraw (Filing No. 26) is granted.

2. The clerk of court shall terminate Stacy Foust's appearance as counsel for Respondent and terminate future notices to her in this matter.

DATED this 21st day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge